## United States Bankruptcy Court
## Eastern District of New York, Brooklyn Division

### PAYMENT ADVICES COVER SHEET
in Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

In re

**Cummings, Patrice**

Case No. **1:17-bk-41151**_____

Chapter . **7**

Debtor(s).

_____

*Please Check the Appropriate Box.*
*For Debtor:*

[ X]    Payment Advices are Attached. _____
- Number of Payment Advices Attached: 23
- Period Covered: 09/16/16 through 02/24/17 (If period covered is less than 60 days or 8 weeks, attach an explanation)
- Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition:_____

_____

*For Debtor:*

[  ]    No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).

[  ]    No Payment Advices are Attached for Some Other Reason. (Attach an explanation)

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of _____ sheets, numbered 1 through _____, and that they are true and correct to the best of my knowledge, information and belief.

Signature of Debtor:    */s/ Patrice Cummings*_____    Date:    **April 11, 2017**_____

03/11/2017   11:49   7189220348                 SILVER ROD DRUGS                      PAGE   03/05

L & M Bus Corp     Tel #(718)647-5100
3187 Atlantic Ave
Brooklyn, NY 11208
(718) 647-5100

| Check Date | Reference No. |
|---|---|
| 09/16/2016 | 2013791 |

| Amount |
|---|
| $124.50 |

## DIRECT DEPOSIT VOUCHER

Payee  **Patrice Cummings**
431 Remsen Avenue   Apt #1B
Brooklyn, NY 11212

**Non-Negotiable**

03/09/2017 11:46:32 am

| Company Name | L & M Bus Corp | Tel #(718)647-5100 | 3187 Atlantic Ave | | Brooklyn, NY 11208 | | (718) 647-5100 |
|---|---|---|---|---|---|---|---|
| Employee Name | Patrice Cummings | | | | | | |
| Company No. | 3504 | Payroll No. | 433 | Pay Frequency | Weekly | UCI | NY | Processed BY Brands Paycheck & HR Services |
| Employee No. | 1377 | Division No. | 0 | Start Date | 09/03/2016 | Federal | Married | 1 | Tax Status | Dep | Xtr/Fxd Flat | Xtr/Fxd % |
| SSN No. | XXX-XX-0096 | Dept No. | 250 | End Date | 09/09/2016 | (W4) NY | Married | 1 | | | | |
| Check No. | 2013791 | Net Pay | $ 124.50 | Check Date | 09/16/2016 | (R) SNY | Married | 1 | | | | |
| Company Memo: | Verify your Name and SSN match SS Card, address & tax status are correct. | | | | | | | | | | | |

| Current Earnings | | | | | | | YTD Earnings | | Taxes | | | | Deductions & Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept | Pay Desc. | Rate | Hours | Amount | Date | Job | Pay Desc. | Hours | Amount | Tax Desc. | Amount | YTD Amt | Deduction Description | Amount | YTD Amt |
| 250 | 0-Regular Pay | 87.2600 | 2.00 | 174.52 | | | 0-Regular Pay | 106.00 | 9976.84 | Federal WH | 0.00 | 344.17 | 27-Union Dues | 35.00 | 280.00 |
| | | | | | | | 14-Holiday Pay | 5.00 | 426.14 | OASDI | 10.82 | 589.18 | | | |
| | | | | | | | | | | Medicare | 2.53 | 137.79 | | | |
| | | | | | | | | | | NY: State WH | 0.13 | 213.76 | | | |
| | | | | | | | | | | NY: State SDI | 0.60 | 15.64 | | | |
| | | | | | | | | | | NY: Loc-NYC (R) | 0.94 | 149.68 | | | |
| | Employee Totals | | 2.00 | 174.52 | | | | 111.00 | 9502.98 | | 15.02 | 1447.42 | | 35.00 | 280.00 |
| | Net | | | 124.50 | | | | | 7775.56 | | | | | | |

Private Memo:

| Account Type | Banking Routing No. | Bank Account No. | Amount Deposited |
|---|---|---|---|
| Checking | ****7912 | ****2677 | ****$124.50 |

03/11/2017   11:49   7189220348          SILVER ROD DRUGS                    PAGE   01/05

**L & M Bus Corp**     Tel #(718)647-5100
3187 Atlantic Ave
Brooklyn, NY 11208
(718) 647-5100

| Check Date | Reference No. |
|---|---|
| 09/23/2016 | 2014009 |

| Amount |
|---|
| $298.83 |

## DIRECT DEPOSIT VOUCHER

Payee   **Patrice Cummings**
431 Remsen Avenue   Apt #1B
Brooklyn, NY 11212

### Non-Negotiable

| Company Name | L & M Bus Corp   Tel #(718)647-5100 | 3187 Atlantic Ave | | Brooklyn, NY 11208 | | | (718) 647-5100 |
|---|---|---|---|---|---|---|---|
| Employee Name | Patrice Cummings | | | | | | |
| Company No. | 3804 | Payroll No. | 434 | Pay Frequency | Weekly | UCI NY | Processed HY Brands Paycheck & HR Services |
| Employee No. | 1377 | Division No. | 0 | Start Date | 09/10/2016 | Federal | Tax Status   Married   Deps   Xtr/Fxd Flat   Xtr/Fxd % |
| SSN No. | XXX-XX-0098 | Dept. No. | 250 | End Date | 09/16/2016 | (W) NY | Married   1 |
| Check No. | 2014009 | Net Pay | $ 298.83 | Check Date | 09/23/2016 | (R) NY | Married   1 |
| Company Memo | Verify your Name and SSN match SS Card, address & tax status are correct. | | | | | | |

| Current Earnings | | | | | | | YTD Earnings | | | Taxes | | | | Deductions & Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept | Pay Desc | Rate | Hours | Amount | Date | Job | Pay Desc | Hours | Amount | Tax Desc | Amount | YTD Amt | Deduction Description | Amount | YTD Amt |
| 250 | 0-Regular Pay | 47.2400 | 4.00 | 349.04 | | | 0-Regular Pay | 110.00 | 9425.88 | Federal WH | 10.67 | 359.84 | 27-Union Dues | | 280.00 |
| | | | | | | | 14-Holiday Pay | 5.00 | 426.14 | OASDI | 21.64 | 610.82 | | | |
| | | | | | | | | | | Medicare | 5.06 | 142.89 | | | |
| | | | | | | | | | | NY: State WH | 7.19 | 220.75 | | | |
| | | | | | | | | | | NY: State SDI | 0.60 | 16.44 | | | |
| | | | | | | | | | | NY: Loc-NYC (R) | 5.05 | 154.72 | | | |
| | Employee Totals | | 4.00 | 349.04 | | | | 115.00 | 9852.02 | | 50.21 | 1492.63 | | | 280.00 |
| | Net | | | 298.83 | | | | | 8074.33 | | | | | | |

Private Memo:

| Account Type | Banking Routing No. | Bank Account No. | Amount Deposited |
|---|---|---|---|
| Checking | *****7912 | *****2677 | *****$298.83 |

03/11/2017   11:49      7189220348              SILVER ROD DRUGS                    PAGE   02/05

**L & M Bus Corp**      Tel #(718)647-5100
3167 Atlantic Ave
Brooklyn, NY 11208
(718) 647-5100

| Check Date | Reference No. |
|---|---|
| 09/30/2016 | 2014262 |

| Amount |
|---|
| $232.96 |

## *DIRECT DEPOSIT VOUCHER*

Payee   **Patrice Cummings**
431 Remsen Avenue   Apt #1B
Brooklyn, NY 11212

*Non-Negotiable*

| Company Name: | L & M Bus Corp | Tel #(718)647-5100 | | 3167 Atlantic Ave | | Brooklyn, NY 11208 | | (718) 647-5100 | |
|---|---|---|---|---|---|---|---|---|---|
| Employee Name: | Patrice Cummings | | | | | | | Processed BY Brands Paycheck & HR Services | |
| Company No.: | 3504 | Paynll No: 438 | | Pay Frequency | Weekly | LOCTION: NY | Tax Status | Deps Xtr/Fxd Flat | Xtr/Fxd % |
| Employee No.: | 1377 | Division No: 0 | | Start Date | 09/17/2016 | Federal: | Married | 1 | |
| SSN No.: | XXX-XX-0096 | Dept No: 250 | | End Date | 09/23/2016 | (W)$:NY | Married | 1 | |
| Check No.: | 2014262 | Net Pay | $ 232.96 | Check Date | 09/30/2016 | (R):NY | Married | 1 | |
| Company Memo: | Verify your Name and SSN match SS Card, address & tax status are correct. | | | | | | | | |

| Current Earnings | | | | | | YTD Earnings | | | Taxes | | | Deductions & Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept | Pay Desc | Rate | Hours | Amount | Job | Pay Desc | Hours | Amount | Tax Desc | Amount | YTD Amt | Deduction Description | Amount | YTD Amt |
| 250 | 0-Regular Pay | 87.2600 | 3.00 | 261.78 | | 0-Regular Pay | 113.00 | 9687.66 | Federal WH | 1.95 | 353.79 | 27-Union Dues | | 260.00 |
| | | | | | | 14-Holiday Pay | 5.00 | 426.14 | OASDI | 16.24 | 627.04 | | | |
| | | | | | | | | | Medicare | 3.80 | 146.65 | | | |
| | | | | | | | | | NY-State WH | 3.63 | 224.58 | | | |
| | | | | | | | | | NY-State SDI | 0.60 | 17.04 | | | |
| | | | | | | | | | NY-Loc-Int (R) | 2.60 | 157.35 | | | |
| | Employee Totals | | 3.00 | 261.78 | | | 118.00 | 10113.80 | | 28.82 | 1526.45 | | | 200.00 |
| | Net | | | 232.96 | | | | 9887.35 | | | | | | |

Private Memo:

| Account Type | Banking Routing No. | Bank Account No. | Amount Deposited |
|---|---|---|---|
| Checking | *****7912 | *****2577 | *****$232.96 |

9/24 - 9/30

| Company Name | L & M Bus Corp    Tel #(718)647-5100 | | | | | | | | Processed By Brand's Paycheck & HR Services | |
|---|---|---|---|---|---|---|---|---|---|---|
| Company Addr | 3167 Atlantic Ave  Brooklyn, NY 11208 | | | | | | | | (718) 647-5100 | |
| Employee Name | Patrice  Cummings | | | | | | | UCI State | | NY |
| Company No. | 3504 | Payroll No. | 436 | Pay Freq. | Weekly | | Tax Status | Deps. | Xtr/Fxd Flat | Xtr/Fxd % |
| Employee No. | 1377 | Division No. | 0 | Start Date | 09/24/2016 | Federal | Married | 1 | | |
| SSN No. | ******0096 | Home Dept. No. | 250 | End Date | 09/30/2016 | (W) NY | Married | 1 | | |
| Check No. | 2014495 | Net Pay | 363.61 | Check Date | 10/07/2016 | (R) | | | | |
| Sick Hours | | Vacation Hours | | Personal Hours | | Balances | | | | |
| Bank Account #1 | Checking | *****7912 | ******2577 | 363.61 | Bank Account #2 | | | | | |
| Bank Account #2 | | | | | Bank Account #4 | | | | | |
| DD Leftover Check | | | | | | | | | | |

| Memos | Verify your Name and SSN match SS Card, address & tax status are correct. | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Current Earnings | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
| 250 | 0-Regular Pay | 87.2600 | 5.00 | 436.30 | 0-Regular Pay | 118.00 | 10,123.96 | Federal WH | 19.40 | 373.19 | 27-Union Dues | 0.00 | 280.00 |
| | | | | | 14-Holiday Pay | 5.00 | 426.14 | OASDI | 27.05 | 654.11 | | | |
| | | | | | | | | Medicare | 6.33 | 152.98 | | | |
| | | | | | | | | NY: State WH | 11.43 | 236.01 | | | |
| | | | | | | | | NY: State SDI | 0.60 | 17.64 | | | |
| | | | | | | | | NY: Loc-NYC [R] | 7.88 | 165.21 | | | |
| | Employee Totals | | 5.00 | 436.30 | Total YTD: | 123.00 | 10,550.10 | | 72.69 | 1,599.14 | | 0.00 | 280.00 |

↓← ——— REMOVE DOCUMENT ALONG THIS PERFORATION ——— →↓

10/1 — 10/7

| Company Name | L & M Bus Corp | Tel #(718)647-5100 | | | | | | Processed By Brand's Paycheck & HR Services | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Company Addr. | 3167 Atlantic Ave. Brooklyn, NY 11208 | | | | | | | | (718) 647-5100 | |
| Employee Name | Patrice Cummings | | | | | | | UCI State | NY | |
| Company No. | 3504 | Payroll No. | 437 | Pay Freq. | Weekly | | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd % |
| Employee No. | 1377 | Division No. | 0 | Start Date | 10/01/2016 | Federal | Married | 1 | | |
| SSN No. | *******0096 | Home Dept No. | 250 | End Date | 10/07/2016 | (W) NY | Married | 1 | | |
| Check No. | 2014722 | Net Pay | 197.97 | Check Date | 10/14/2016 | (R) | | | | |
| Sick Hours | | Vacation Hours | | Personal Hours | | Balances | | | | |
| Bank Account #1 | Checking | *****7912 | ******2577 | | 197.97 | Bank Account #3 | | | | |
| Bank Account #2 | | | | | | Bank Account #4 | | | | |
| DD Leftover Check | | | | | | | | | | |
| Memos | Verify your Name and SSN match SS Card, address & tax status are correct. | | | | | | | | | |

| | Current Earnings | | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc. | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
| 250 | 0-Regular Pay | 87.2600 | 3.00 | 261.78 | 0-Regular Pay | 121.00 | 10,385.74 | Federal WH | 1.95 | 375.14 | 27-Union Dues | 35.00 | 315.00 |
| | | | | | 14-Holiday Pay | 5.00 | 426.14 | OASDI | 16.23 | 670.34 | | | |
| | | | | | | | | Medicare | 3.80 | 156.78 | | | |
| | | | | | | | | NY: State WH | 3.63 | 239.64 | | | |
| | | | | | | | | NY: State SDI | 0.60 | 18.24 | | | |
| | | | | | | | | NY: Loc-NYC (R) | 2.60 | 167.81 | | | |
| | Employee Totals | | 3.00 | 261.78 | Total YTD: | 126.00 | 10,811.88 | | 28.81 | 1,627.95 | | 35.00 | 315.00 |

⟵————— REMOVE DOCUMENT ALONG THIS PERFORATION —————⟶

10/15 - 10/21

| Company Name | L & M Bus Corp | Tel #(718)647-5100 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Company Addr. | 3167 Atlantic Ave  Brooklyn, NY 11208 | | | | | | Processed By Brand's Paycheck & HR Services | | | |
| Employee Name | Patrice Cummings | | | | | | | | (718) 647-5100 | |

| | | | | | | | | | | UCI State | NY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Company No. | 3504 | Payroll No. | 439 | Pay Freq. | Weekly | | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd % |
| Employee No. | 1377 | Division No. | 0 | Start Date | 10/15/2016 | Federal | Married | 1 | | |
| SSN No. | *******0096 | Home Dept No. | 250 | End Date | 10/21/2016 | (W) NY | Married | 1 | | |
| Check No. | 2015171 | Net Pay | 363.61 | Check Date | 10/28/2016 | (R) | | | | |
| Sick Hours | | Vacation Hours | | Personal Hours | | Balances | | | | |
| Bank Account #1 | Checking | *****7912 | ******2577 | 363.61 | Bank Account #3 | | | | | |
| Bank Account #2 | | | | Bank Account #4 | | | | | | |
| DD Leftover Check | | | | | | | | | | |
| Memos | Verify your Name and SSN match SS Card, address & tax status are correct. | | | | | | | | | |

| Dept. | Current Earnings | | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pay Desc. | Rate | Hours | Curr Amt | Pay Desc. | Hours | YTD Amt | Tax Desc. | Curr Amt | YTD Amt | Ded Desc. | Curr Amt | YTD Amt |
| 250 | 0-Regular Pay | 87.2600 | 5.00 | 436.30 | 0-Regular Pay | 129.00 | 11,083.82 | Federal WH | 19.40 | 405.21 | 27-Union Dues | 0.00 | 315.00 |
| | | | | | 14-Holiday Pay | 6.00 | 513.40 | OASDI | 27.05 | 719.03 | | | |
| | | | | | | | | Medicare | 6.33 | 168.16 | | | |
| | | | | | | | | NY: State WH | 11.43 | 258.26 | | | |
| | | | | | | | | NY: State SDI | 0.60 | 19.44 | | | |
| | | | | | | | | NY: Loc-NYC (R) | 7.88 | 180.74 | | | |
| | Employee Totals | | 5.00 | 436.30 | Total YTD: | 135.00 | 11,597.22 | | 72.69 | 1,750.84 | | 0.00 | 315.00 |

↓ ————— REMOVE DOCUMENT ALONG THIS PERFORATION ————— ↓



10/22 - 10/28

| Company Name | L & M Bus Corp | Tel #(718)647-5100 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Company Addr | 3167 Atlantic Ave. Brooklyn, NY 11208 | | | | | | Processed By Brand's Paycheck & HR Services | | | | |

<table>
<tr><td>Employee Name</td><td colspan="2">Patrice  Cummings</td><td></td><td></td><td></td><td></td><td></td><td></td><td>UCI State</td><td>NY</td></tr>
<tr><td>Company No.</td><td>3504</td><td>Payroll No.</td><td>440</td><td>Pay Freq.</td><td>Weekly</td><td></td><td>Tax Status</td><td>Deps</td><td>Xtr/Fxd Flat</td><td>Xtr/Fxd  %</td></tr>
<tr><td>Employee No.</td><td>1377</td><td>Division No.</td><td>0</td><td>Start Date</td><td>10/22/2016</td><td>Federal</td><td>Married</td><td>1</td><td></td><td></td></tr>
<tr><td>SSN No.</td><td>******0096</td><td>Home Dept. No.</td><td>250</td><td>End Date</td><td>10/28/2016</td><td>(W) NY</td><td>Married</td><td>1</td><td></td><td></td></tr>
<tr><td>Check No.</td><td>2015397</td><td>Net Pay</td><td>369.94</td><td>Check Date</td><td>11/04/2016</td><td>(R)</td><td></td><td></td><td></td><td></td></tr>
<tr><td>Sick Hours</td><td></td><td>Vacation Hours</td><td></td><td>Personal Hours</td><td></td><td>Balances</td><td></td><td></td><td></td><td></td></tr>
<tr><td>Bank Account #1</td><td>Checking</td><td>*****7912</td><td>******2577</td><td>369.94</td><td>Bank Account #3</td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>Bank Account #2</td><td></td><td></td><td></td><td></td><td>Bank Account #4</td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>3D Leftover Check</td><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>Memos</td><td colspan="10">Verify your Name and SSN match SS Card, address & tax status are correct.</td></tr>
</table>

| | Current Earnings | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc. | Rate | Hours | Curr Amt | Pay Desc. | Hours | YTD Amt | Tax Desc. | Curr Amt | YTD Amt | Ded Desc. | Curr Amt | YTD Amt |
| 250 | 0-Regular Pay | 89.0000 | 5.00 | 445.00 | 0-Regular Pay | 134.00 | 11,528.82 | Federal WH | 20.27 | 425.48 | 27-Union Dues | 0.00 | 315.00 |
| | | | | | 14-Holiday Pay | 6.00 | 513.40 | OASDI | 27.59 | 746.62 | | | |
| | | | | | | | | Medicare | 6.45 | 174.61 | | | |
| | | | | | | | | NY: State WH | 11.94 | 270.20 | | | |
| | | | | | | | | NY: State SDI | 0.60 | 20.04 | | | |
| | | | | | | | | NY: Loc-NYC (R) | 8.21 | 188.95 | | | |
| | **Employee Totals** | | 5.00 | 445.00 | **Total YTD:** | 140.00 | 12,042.22 | | 75.06 | 1,825.90 | | 0.00 | 315.00 |

← ↙ 11    REMOVE DOCUMENT ALONG THIS PERFORATION ──────── ↘

10/29 - 11/4

| Company Name | L & M Bus Corp    Tel #(718)647-5100 | | | | | | | | | |
| Company Addr. | 3167 Atlantic Ave  Brooklyn, NY 11208 | | | | | | | Processed By Brand's Paycheck & HR Services | | |
| | | | | | | | | | (718) 647-5100 | |

| Employee Name | Patrice Cummings | | | | | | | | | UCI State : | NY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Company No. | 3504 | Payroll No. | 441 | Pay Freq. | Weekly | | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd % | |
| Employee No. | 1377 | Division No. | 0 | Start Date | 10/29/2016 | Federal | Married | 1 | | |
| SSN No. | *******0096 | Home Dept No. | 250 | End Date | 11/04/2016 | (W) NY | Married | 1 | | |
| Check No. | 2015619 | Net Pay | 334.94 | Check Date | 11/10/2016 | (R) | | | | |
| Sick Hours | | Vacation Hours | | Personal Hours | | Balances | | | | |
| Bank Account #1 | Checking | *****7912 | ******2577 | 334.94 | Bank Account #3 | | | | | |
| Bank Account #2 | | | | | Bank Account #4 | | | | | |
| DD Leftover Check | | | | | | | | | | |

Memos Verify your Name and SSN match SS Card, address & tax status are correct.

| Dept. | Pay Desc. | Rate | Hours | Curr Amt | Pay Desc. | Hours | YTD Amt | Tax Desc. | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Current Earnings | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
| 250 | 0-Regular Pay | 89.0000 | 5.00 | 445.00 | 0-Regular Pay | 139.00 | 11,973.82 | Federal WH | 20.27 | 445.75 | 27-Union Dues | 35.00 | 350.00 |
| | | | | | 14-Holiday Pay | 6.00 | 513.40 | OASDI | 27.59 | 774.21 | | | |
| | | | | | | | | Medicare | 6.45 | 181.06 | | | |
| | | | | | | | | NY: State WH | 11.94 | 282.14 | | | |
| | | | | | | | | NY: State SDI | 0.60 | 20.64 | | | |
| | | | | | | | | NY: Loc-NYC (R | 8.21 | 197.16 | | | |
| | Employee Totals | | 5.00 | 445.00 | Total YTD: | 145.00 | 12,487.22 | | 75.06 | 1,900.96 | | 35.00 | 350.00 |

↓                    — REMOVE DOCUMENT ALONG THIS PERFORATION —                    ↓

11/5 – 11/11

| Company Name: | L & M Bus Corp | Tel #(718)647-5100 | | | | | | | | | | Processed By Brand's Paycheck & HR Services | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company Addr: | 3167 Atlantic Ave, Brooklyn, NY 11208 | | | | | | | | | | | | (718) 647-5100 |
| Employee Name: | Patrice Cummings | | | | | | | | | | | UCI State | NY |
| Company No. | 3504 | Payroll No. | 442 | Pay Freq. | Weekly | | | Tax Status | | Deps | Xtr/Fxd Flat | Xtr/Fxd % | |
| Employee No. | 1377 | Division No. | 0 | Start Date | 11/05/2016 | Federal | | Married | | 1 | | | |
| SSN No. | *******0096 | Home Dept No. | 250 | End Date | 11/11/2016 | (W) NY | | Married | | 1 | | | |
| Check No. | 2015849 | Net Pay | 369.94 | Check Date | 11/18/2016 | (R) | | | | | | | |
| Sick Hours | | Vacation Hours | | Personal Hours | | Balances | | | | | | | |
| Bank Account #1 | Checking | *****7912 | ******2577 | 369.94 | Bank Account #3 | | | | | | | | |
| Bank Account #2 | | | | | Bank Account #4 | | | | | | | | |
| DD Leftover Check | | | | | | | | | | | | | |
| Memos | Verify your Name and SSN match SS Card, address & tax status are correct. | | | | | | | | | | | | |

| | Current Earnings | | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
| 250 | 0-Regular Pay | 89.0000 | 3.00 | 267.00 | 0-Regular Pay | 142.00 | 12,240.82 | Federal WH | 20.27 | 466.02 | 27-Union Dues | 0.00 | 350.00 |
| 250 | 14-Holiday Pay | 89.0000 | 2.00 | 178.00 | 14-Holiday Pay | 8.00 | 691.40 | OASDI | 27.59 | 801.80 | | | |
| | | | | | | | | Medicare | 6.45 | 187.51 | | | |
| | | | | | | | | NY: State WH | 11.94 | 294.08 | | | |
| | | | | | | | | NY: State SDI | 0.60 | 21.24 | | | |
| | | | | | | | | NY: Loc-NYC (R) | 8.21 | 205.37 | | | |
| | Employee Totals | | 5.00 | 445.00 | Total YTD: | 150.00 | 12,932.22 | | 75.06 | 1,976.02 | | 0.00 | 350.00 |

─────────── REMOVE DOCUMENT ALONG THIS PERFORATION ───────────

4/12 - 11/18

| Company Name | L & M Bus Corp.   Tel #(718)647-5100 | | | | | | | | | Processed By Brand's Paycheck & HR Services | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company Addr | 3167 Atlantic Ave Brooklyn, NY 11208 | | | | | | | | | | (718) 647-5100 | |
| Employee Name | Patrice Cummings | | | | | | | | | UCI State | | NY |
| Company No. | 3504 | Payroll No. | 443 | Pay Freq. | Weekly | | | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd % |
| Employee No. | 1377 | Division No. | 0 | Start Date | 11/12/2016 | Federal | | Married | 1 | | |
| SSN No. | ******0096 | Home Dept No. | 250 | End Date | 11/18/2016 | (W) NY/NY | | Married | 1 | | |
| Check No. | 2016087 | Net Pay | 369.93 | Check Date | 11/23/2016 | (R) | | | | | |
| Sick Hours | | Vacation Hours | | Personal Hours | | Balances | | | | | |
| Bank Account #1 | Checking | *****7912 | ******2577 | | 369.93 | Bank Account #3 | | | | | |
| Bank Account #2 | | | | | | Bank Account #4 | | | | | |
| DD Leftover Check | | | | | | | | | | | |
| Memos | Verify your Name and SSN match SS Card, address & tax status are correct. | | | | | | | | | | |

| | Current Earnings | | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc. | Rate | Hours | Curr Amt | Pay Desc. | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
| 250 | 0-Regular Pay | 89.0000 | 5.00 | 445.00 | 0-Regular Pay | 147.00 | 12,685.82 | Federal WH | 20.27 | 486.29 | 27-Union Dues | 0.00 | 350.00 |
| | | | | | 14-Holiday Pay | 8.00 | 691.40 | OASDI | 27.59 | 829.39 | | | |
| | | | | | | | | Medicare | 6.46 | 193.97 | | | |
| | | | | | | | | NY: State WH | 11.94 | 306.02 | | | |
| | | | | | | | | NY: State SDI | 0.60 | 21.84 | | | |
| | | | | | | | | NY: Loc-NYC (R) | 8.21 | 213.58 | | | |
| | Employee Totals | | 5.00 | 445.00 | Total YTD: | 155.00 | 13,377.22 | | 75.07 | 2,051.00 | | 0.00 | 350.00 |

↓ ——————— REMOVE DOCUMENT ALONG THIS PERFORATION ——————— ↓

4/19
11/25

| Company Name | L & M Bus Corp. | Tel #(718)647-5100 | | | | | Processed By Brand's Paycheck & HR Services | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Company Addr. | 3167 Atlantic Ave  Brooklyn, NY 11208 | | | | | | | | | (718) 647-5100 |
| Employee Name | Patrice Cummings | | | | | | | | UCI State | NY |
| Company No. | 3504 | Payroll No. | 444 | Pay Freq. | Weekly | | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd % |
| Employee No. | 1377 | Division No. | 0 | Start Date | 11/19/2016 | Federal | Married | 1 | | |
| SSN No. | *******0096 | Home Dept. No. | 250 | End Date | 11/25/2016 | (W) NY | Married | 1 | | |
| Check No. | 2016325 | Net Pay | 369.94 | Check Date | 12/02/2016 | (R) | | | | |
| Sick Hours | | Vacation Hours | | Personal Hours | | Balances | | | | |
| Bank Account #1 | Checking | *****7912 | ******2577 | 369.94 | Bank Account #3 | | | | | |
| Bank Account #2 | | | | | Bank Account #4 | | | | | |
| OD Leftover Check | | | | | | | | | | |
| Memo: | Verify your Name and SSN match SS Card, address & tax status are correct. | | | | | | | | | |

| | | Current Earnings | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
| 250 | 0-Regular Pay | 89.0000 | 3.00 | 267.00 | 0-Regular Pay | 150.00 | 12,952.82 | Federal WH | 20.27 | 506.56 | 27-Union Dues | 0.00 | 350.00 |
| 250 | 14-Holiday Pay | 89.0000 | 2.00 | 178.00 | 14-Holiday Pay | 10.00 | 869.40 | OASDI | 27.59 | 856.98 | | | |
| | | | | | | | | Medicare | 6.45 | 200.42 | | | |
| | | | | | | | | NY: State WH | 11.94 | 317.96 | | | |
| | | | | | | | | NY: State SDI | 0.60 | 22.44 | | | |
| | | | | | | | | NY: Loc-NYC (R) | 8.21 | 221.79 | | | |
| | Employee Totals | | 5.00 | 445.00 | Total YTD: | 160.00 | 13,822.22 | | 75.06 | 2,126.15 | | 0.00 | 350.00 |

——————— REMOVE DOCUMENT ALONG THIS PERFORATION ———————

11/28/16
12/2

| Company Name | L & M Bus Corp | Tel #(718)647-5100 | | | | | | Processed By Brand's Paycheck & HR Services | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Company Addr | 3167 Atlantic Ave  Brooklyn, NY 11208 | | | | | | | | | (718) 647-5100 |
| Employee Name | Patrice Cummings | | | | | | | | UCI State | NY |
| Company No. | 3504 | Payroll No. | 445 | Pay Freq. | Weekly | | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd % |
| Employee No. | 1377 | Division No. | 0 | Start Date | 11/26/2016 | Federal | Married | 1 | | |
| SSN No. | ******0096 | Home Dept No. | 250 | End Date | 12/02/2016 | (W) NY | Married | 1 | | |
| Check No. | 2016554 | Net Pay | 302.25 | Check Date | 12/09/2016 | (R) | | | | |
| Sick Hours | | Vacation Hours | | Personal Hours | | Balances | | | | |
| Bank Account #1 | Checking | *****7912 | ******2577 | 302.25 | Bank Account #3 | | | | | |
| Bank Account #2 | | | | | Bank Account #4 | | | | | |
| (O) Leftover Check | | | | | | | | | | |
| Memos | Verify your Name and SSN match SS Card, address & tax status are correct. | | | | | | | | | |

| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Current Earnings | | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | |
| 250 | 0-Regular Pay | 89.0000 | 4.50 | 400.50 | 0-Regular Pay | 154.50 | 13,353.32 | Federal WH | 15.82 | 522.38 | 27-Union Dues | 35.00 | 385.00 |
| | | | | | 14-Holiday Pay | 10.00 | 869.40 | OASDI | 24.83 | 881.81 | | | |
| | | | | | | | | Medicare | 5.81 | 206.23 | | | |
| | | | | | | | | NY: State WH | 9.55 | 327.51 | | | |
| | | | | | | | | NY: State SDI | 0.60 | 23.04 | | | |
| | | | | | | | | NY: Loc-NYC (R) | 6.64 | 228.43 | | | |
| | Employee Totals | | 4.50 | 400.50 | Total YTD: | 164.50 | 14,222.72 | | 63.25 | 2,189.40 | | 35.00 | 385.00 |

↓  12  ——— REMOVE DOCUMENT ALONG THIS PERFORATION ——— ↓

n/3 - 1219

Processed By Brand's Paycheck & HR Services

| Company Name | L & M Bus Corp    Tel #(718)647-5100 | | | | | | | | | | UCI State | | NY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company Addr. | 3167 Atlantic Ave. Brooklyn, NY 11208 | | | | | | | | | | | | (718) 647-5100 |
| Employee Name | Patrice Cummings | | | | | | | | Tax Status | Deps | Xtr/Fxd Flat | | Xtr/Fxd % |
| Company No. | 3504 | Payroll No. | 446 | Pay Freq. | Weekly | | | | | | | | |
| Employee No. | 1377 | Division No. | 0 | Start Date | 12/03/2016 | Federal | Married | | 1 | | | | |
| SSN No. | ******0096 | Home Dept. No. | 250 | End Date | 12/09/2016 | W/NY | Married | | 1 | | | | |
| Check No. | 2016800 | Net Pay | 369.94 | Check Date | 12/16/2016 | (B) | | | | | | | |
| Signature | | Vacation Hours | | Personal Hours | | Balances | | | | | | | |
| Bank Account #1 | Checking | *****7912 | ******2577 | 369.94 | Bank Account #3 | | | | | | | | |
| Bank Account #2 | | | | | Bank Account #4 | | | | | | | | |
| Leftover Check | | | | | | | | | | | | | |
| Memos | Verify your Name and SSN match SS Card, address & tax status are correct. | | | | | | | | | | | | |

| Dph. | Pay Desc. | Rate | Hours | Curr Amt | Pay Desc. | Hours | YTD Amt. | Tax Desc. | Curr Amt | YTD Amt | Ded Desc. | Curr Amt | YTD Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **Current Earnings** / **Year-to-Date Earnings** | **Taxes** | | | **Deductions / Memos** | | |
| 250 | 0-Regular Pay | 89.0000 | 5.00 | 445.00 | 0-Regular Pay | 159.50 | 13,798.32 | Federal WH | 20.27 | 542.65 | 27-Union Dues | 0.00 | 385.00 |
| | | | | | 14-Holiday Pay | 10.00 | 869.40 | OASDI | 27.59 | 909.40 | | | |
| | | | | | | | | Medicare | 6.45 | 212.68 | | | |
| | | | | | | | | NY: State WH | 11.94 | 339.45 | | | |
| | | | | | | | | NY: State SDI | 0.60 | 23.64 | | | |
| | | | | | | | | NY: Loc-NYC IR | 8.21 | 236.64 | | | |
| | **Employee Totals** | | 5.00 | 445.00 | **Total YTD:** | 169.50 | 14,667.72 | | 75.06 | 2,264.46 | | 0.00 | 385.00 |

↓ ————— **REMOVE DOCUMENT ALONG THIS PERFORATION** ————— ↓

12/10    - 12/16

| Company Name | L & M Bus Corp. | | | 3167 Atlantic Ave | | | | | Brooklyn, NY 11208 | | | (718) 647-5100 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Patrice Cummings | | | Pay Type | Hourly | | UCI | NY | | Processed BY Brands Paycheck & HR Services | | |
| Company No. | 3504 | Payroll No. | 449 | Pay Frequency | Weekly | | | Tax Status | Deps | Xtr/Fxd Flat | | Xtr/Fxd % |
| Employee No. | 1377 | Rate 1 | 89.0000 | Start Date | 12/10/2016 | | Federal | Married | 1 | | | |
| SSN No. | xxx-xx-0098 | Rate 2 | | End Date | 12/16/2016 | (W) | NY | Married | 1 | | | |
| Division No. | 0 | Rate 3 | | Check Date | 12/23/2016 | (R) | NY | Married | 1 | | | |
| Home Dept | 250 | Salary | | Check No. | 2017056 | | | | | | | |

Memo: Verify your Name and SSN match SS Card, address & tax status are correct.

| Current Earnings: | | | | | | | YTD Earnings | | | Taxes | | | Deductions | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept | Pay Desc | Rate | Days | Amount | Date | Job | Pay Desc | Days | Amount | Tax Desc | Amount | YTD Amt | Ded Description | Amount | YTD Amt |
| | 0-Regular Pay | 89.0000 | 4.00 | 356.00 | | | 0-Regular Pay | 163.50 | 14154.32 | Federal WH | 20.27 | 562.92 | 27-Union Dues | | 385.00 |
| | 6-Personal Leave Time | 89.0000 | 1.00 | 89.00 | | | 6-Personal Leave T | 1.00 | 89.00 | OASDI | 27.59 | 936.99 | | | |
| | | | | (I-40) | | | 14-Holiday Pay | 10.00 | 869.40 | Medicare | 6.45 | 219.13 | | | |
| | | | | | | | | | | NY: State WH | 11.94 | 351.39 | | | |
| | | | | | | | | | | NY: State SDI | 0.60 | 24.24 | | | |
| | | | | | | | | | | NY: Loc-NYC (R) | 8.21 | 244.85 | | | |
| Employee Totals | | 5.00 | | 445.00 | | | | 174.50 | 15112.72 | | 75.06 | 2339.52 | | | 385.00 |
| | Net | | | 369.94 | | | | | 12388.20 | | | | | | |

Private Memo:

— REMOVE DOCUMENT — THIS PERFORATION

12/17 - 12/23

| Company Name | L & M Bus Corp. | | | 3167 Atlantic Ave | | | Brooklyn, NY 11208 | | | (718) 647-5100 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Patrice Cummings | | | Pay Type | Hourly | UCI | NY | | Processed BY Brands Paycheck & HR Services | | |
| Company No. | 3504 | Payroll No. | 450 | Pay Frequency | Weekly | | Tax Status | Deps | Xtr/Fxd Flat | | Xtr/Fxd % |
| Employee No. | 1377 | Rate 1 | 89.0000 | Start Date | 12/17/2016 | Federal | Married | 1 | | | |
| SSN No. | xxx-xx-0096 | Rate 2 | | End Date | 12/23/2016 | (W) NY | Married | 1 | | | |
| Division No. | 0 | Rate 3 | | Check Date | 12/30/2016 | (R) NY | Married | 1 | | | |
| Home Dept. | 250 | Salary | | Check No. | 2017293 | | | | | | |
| Memos | Verify your Name and SSN match SS Card, address & tax status are correct. | | | | | | | | | | |

| Current Earnings | | | | | | YTD Earnings | | | Taxes | | | Deductions | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc. | Rate | Days | Amount | Date | Job | Pay Desc | Days | Amount | Tax Desc | Amount | YTD Amt | Ded Description | Amount | YTD Amt |
| 250 | 0-Regular Pay | 89.0000 | 5.00 | 445.00 | | | 0-Regular Pay | 168.50 | 14599.32 | Federal WH | 20.27 | 583.19 | 27-Union Dues | | 385.00 |
| | | | | | | | 6-Personal Leave Ti | 1.00 | 89.00 | OASDI | 27.59 | 964.58 | | | |
| | | | | | | | 14-Holiday Pay | 10.00 | 869.40 | Medicare | 6.45 | 225.58 | | | |
| | | | | | | | | | | NY: State WH | 11.94 | 363.33 | | | |
| | | | | | | | | | | NY: State SDI | 0.60 | 24.84 | | | |
| | | | | | | | | | | NY: Loc-NYC (R) | 8.21 | 253.06 | | | |

| | Employee Totals | | 5.00 | 445.00 | | | | 179.50 | 15557.72 | | 75.06 | 2414.58 | | | 385.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Net | | 369.94 | | | | | 12758.14 | | | | | | |

Private Memo:

12/24 - 12/30

| Company Name | L & M Bus Corp. | | | 3167 Atlantic Ave | | | | Brooklyn, NY 11208 | | (718) 647-5100 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Patrice Cummings | | | Pay Type | Hourly | UCI | NY | Processed BY Brands Paycheck & HR Services | | | |
| Company No. | 3504 | Payroll No. | 451 | Pay Frequency | Weekly | | | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd % |
| Employee No. | 1377 | Rate 1 | 89.0000 | Start Date | 12/24/2016 | Federal | | Married | 1 | | |
| SSN No. | xxx-xx-0096 | Rate 2 | | End Date | 12/30/2016 | (W) NY | | Married | 1 | | |
| Division No. | 0 | Rate 3 | | Check Date | 01/06/2017 | (R) NY | | Married | 1 | | |
| Home Dept | 250 | Salary | | Check No. | 2017524 | | | | | | |

Memos: Verify your Name and SSN match SS Card, address & tax status are correct.

| Current Earnings | | | | | | | YTD Earnings | | | Taxes | | | Deductions | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept | Pay Desc | Rate | Days | Amount | Date | Job | Pay Desc | Days | Amount | Tax Desc | Amount | YTD Amt | Ded Description | Amount | YTD Amt |
| 0 | 0-Regular Pay | 89.0000 | 4.00 | 356.00 | | | 0-Regular Pay | 4.00 | 356.00 | Federal WH | 20.08 | 20.08 | | | |
| 0 | 14-Holiday Pay | 89.0000 | 1.00 | 89.00 | | | 14-Holiday Pay | 1.00 | 89.00 | OASDI | 27.59 | 27.59 | | | |
| | | | | | | | | | | Medicare | 6.45 | 6.45 | | | |
| | | | | | | | | | | NY: State WH | 11.87 | 11.87 | | | |
| | | | | | | | | | | NY: State SDI | 0.60 | 0.60 | | | |
| | | | | | | | | | | NY: Loc-NYC (R) | 8.21 | 8.21 | | | |
| | Employee Totals | 5.00 | | 446.00 | | | | 5.00 | 445.00 | | 74.80 | 74.80 | | | |
| | Net | | | 370.20 | | | | | 370.20 | | | | | | |

Private Memo:

— REMOVE DOCUMENT ALONG THIS PERFORATION —

12/31 ' 1/6

| Company Name | L & M Bus Corp. | | | | 3167 Atlantic Ave | | | | Brooklyn, NY 11208 | | | | (718) 647-5100 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Patrice Cummings | | | | Pay Type | Hourly | | UCI | NY | | Processed BY Brands Paycheck & HR Services | | | |
| Company No. | 3504 | | Payroll No. | 452 | Pay Frequency | Weekly | | | Tax Status | | Deps | Xtr/Fxd Flat | | Xtr/Fxd % |
| Employee No. | 1377 | | Rate 1 | 89.0000 | Start Date | 12/31/2016 | | Federal | Married | | 1 | | | |
| SSN No. | xxx-xx-0098 | | Rate 2 | | End Date | 01/08/2017 | | (W) NY | Married | | 1 | | | |
| Division No. | 0 | | Rate 3 | | Check Date | 01/13/2017 | | (R) NY | Married | | 1 | | | |
| Home Dept. | 250 | | Salary | | Check No. | 2017752 | | | | | | | | |
| Memo: | Verify your Name and SSN match SS Card, address & tax status are correct. | | | | | | | | | | | | | |

| Current Earnings | | | | | | | YTD Earnings | | | Taxes | | | Deductions | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc. | Rate | Days | Amount | Date | Job | Pay Desc. | Days | Amount | Tax Desc. | Amount | YTD Amt | Ded Description | Amount | YTD Amt |
| 250 | 0-Regular Pay | 89.0000 | 4.00 | 356.00 | | | 0-Regular Pay | 8.00 | 712.00 | Federal WH | 20.08 | 40.16 | 27-Union Dues | 37.00 | 37.00 |
| 250 | 14-Holiday Pay | 89.0000 | 1.00 | 89.00 | | | 14-Holiday Pay | 2.00 | 178.00 | OASDI | 27.59 | 55.18 | | | |
| | | | | | | | | | | Medicare | 6.45 | 12.90 | | | |
| | | | | | | | | | | NY: State WH | 11.87 | 23.74 | | | |
| | | | | | | | | | | NY: State SDI | 0.60 | 1.20 | | | |
| | | | | | | | | | | NY: Loc-NYC (R) | 8.21 | 16.42 | | | |
| Employee Totals | | | 5.00 | 445.00 | | | | 10.00 | 890.00 | | 74.80 | 149.60 | | 37.00 | 37.00 |
| | Net | | | 333.20 | | | | | 703.40 | | | | | | |

Private Memo:

← - - - - REMOVE DOCUMENT ALONG THIS PERFORATION - - - - →

1/7 - 1/13

| Company Name | L & M Bus Corp. | | | 3167 Atlantic Ave | | | | Brooklyn, NY 11208 | | | (718) 647-5100 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Patrice Cummings | | | Pay Type | Hourly | UCI | NY | Processed BY Brands Paycheck & HR Services | | | |
| Company No. | 3504 | Payroll No. | 454 | Pay Frequency | Weekly | | | Tax Status | | Deps | Xtr/Fxd Flat | Xtr/Fxd % |
| Employee No. | 1377 | Rate 1 | 89.0000 | Start Date | 01/07/2017 | Federal | | Married | 1 | | |
| SSN No. | xxx-xx-0096 | Rate 2 | | End Date | 01/13/2017 | (W) NY | | Married | 1 | | |
| Division No. | 0 | Rate 3 | | Check Date | 01/20/2017 | (R) NY | | Married | 1 | | |
| Home Dept | 250 | Salary | | Check No. | 2017983 | | | | | | |

Memo: Verify your Name and SSN match SS Card, address & tax status are correct.

| Current Earnings | | | | | | YTD Earnings | | | Taxes | | | Deductions | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept | Pay Desc | Rate | Days | Amount | Date | Job | Pay Desc | Days | Amount | Tax Desc | Amount | YTD Amt | Ded Description | Amount | YTD Amt |
| 250 | 0-Regular Pay | 89.0000 | 4.00 | 356.00 | | | 0-Regular Pay | 12.00 | 1068.00 | Federal WH | 20.08 | 60.24 | 27-Union Dues | | 37.00 |
| 250 | 6-Personal Leave Time | 89.0000 | 1.00 | 89.00 | | | 6-Personal Leave Ti | 1.00 | 89.00 | OASDI | 27.59 | 82.77 | | | |
| | | | | | | | 14-Holiday Pay | 2.00 | 178.00 | Medicare | 6.46 | 19.36 | | | |
| | | | | | | | | | | NY: State WH | 11.87 | 35.61 | | | |
| | | | | | | | | | | NY: State SDI | 0.60 | 1.80 | | | |
| | | | | | | | | | | NY: Loc-NYC (R) | 8.21 | 24.63 | | | |

| Employee Totals | | | 5.00 | 445.00 | | | | 15.00 | 1335.00 | | 74.81 | 224.41 | | | 37.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Net | | | 370.19 | | | | | 1073.59 | | | | | | |

Private Memo:

— REMOVE DOCUMENT ALONG THIS PERFORATION —

1/14 - 1/20

| Company Name | L & M Bus Corp. | | | 3167 Atlantic Ave | | | Brooklyn, NY 11208 | | | (718) 647-5100 |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Patrice Cummings | | | Pay Type | Hourly | UCI | NY | Processed BY Brands Paycheck & HR Services | | |
| Company No. | 3504 | Payroll No. | 455 | Pay Frequency | Weekly | | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd % |
| Employee No. | 1377 | Rate 1 | 89.0000 | Start Date | 01/14/2017 | Federal | Married | 1 | | |
| SSN No. | xxx-xx-0096 | Rate 2 | | End Date | 01/20/2017 | (W) NY | Married | 1 | | |
| Division No. | 0 | Rate 3 | | Check Date | 01/27/2017 | (R) NY | Married | 1 | | |
| Home Dept. | 250 | Salary | | Check No. | 2018217 | | | | | |

Memos  Verify your Name and SSN match SS Card, address & tax status are correct.

| Current Earnings | | | | | | YTD Earnings | | | Taxes | | | Deductions | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept | Pay Desc | Rate | Days | Amount | Date | Job | Pay Desc | Days | Amount | Tax Desc | Amount | YTD Amt | Ded Description | Amount | YTD Amt |
| | 0-Regular Pay | 89.0000 | 4.00 | 356.00 | | | 0-Regular Pay | 16.00 | 1424.00 | Federal WH | 20.08 | 80.32 | 27-Union Dues | | 37.00 |
| | 14-Holiday Pay | 89.0000 | 1.00 | 89.00 | | | 6-Personal Leave Tim | 1.00 | 89.00 | OASDI | 27.59 | 110.36 | | | |
| | | | | | | | 14-Holiday Pay | 3.00 | 267.00 | Medicare | 6.45 | 25.81 | | | |
| | | | | | | | | | | NY: State WH | 11.87 | 47.48 | | | |
| | | | | | | | | | | NY: State SDI | 0.60 | 2.40 | | | |
| | | | | | | | | | | NY: Loc-NYC (R) | 8.21 | 32.84 | | | |
| Employee Totals | | 5.00 | 445.00 | | | | | 20.00 | 1780.00 | | 74.80 | 299.21 | | | 37.00 |
| | Net | | 370.20 | | | | | | 1443.79 | | | | | | |

Private Memo:

↓ — REMOVE DOCUMENT ALONG THIS PERFORATION — ↓

1/21 - 1/27

| Company Name | L & M Bus Corp. | | | | 3167 Atlantic Ave | | Brooklyn, NY 11208 | | | (718) 647-5100 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Patrice Cummings | | | | Pay Type | Hourly | UCI | NY | Processed BY Brands Paycheck & HR Services | | |
| Company No: | 3504 | Payroll No: | 456 | | Pay Frequency | Weekly | | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd % |
| Employee No: | 1377 | Rate 1 | 89.0000 | | Start Date | 01/21/2017 | Federal | Married | 1 | | |
| SSN No: | xxx-xx-0096 | Rate 2 | | | End Date | 01/27/2017 | (W) NY | Married | 1 | | |
| Division No: | 0 | Rate 3 | | | Check Date | 02/03/2017 | (R) NY | Married | 1 | | |
| Home Dept | 250 | Salary | | | Check No: | 2018455 | | | | | |
| Memos | Verify your Name and SSN match SS Card, address & tax status are correct. | | | | | | | | | | |

| Current Earnings | | | | | | | YTD Earnings | | | Taxes | | | Deductions | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept | Pay Desc | Rate | Days | Amount | Date | Job | Pay Desc | Days | Amount | Tax Desc | Amount | YTD Amt | Ded Description | Amount | YTD Amt |
| 250 | 0-Regular Pay | 89.0000 | 5.00 | 445.00 | | | 0-Regular Pay | 21.00 | 1869.00 | Federal WH | 20.08 | 100.40 | 27-Union Dues | | 37.00 |
| | | | | | | | 6-Personal Leave Ti | 1.00 | 89.00 | OASDI | 27.59 | 137.95 | | | |
| | | | | | | | 14-Holiday Pay | 3.00 | 267.00 | Medicare | 6.45 | 32.26 | | | |
| | | | | | | | | | | NY: State WH | 11.87 | 59.35 | | | |
| | | | | | | | | | | NY: State SDI | 0.60 | 3.00 | | | |
| | | | | | | | | | | NY: Loc-NYC (R) | 8.21 | 41.05 | | | |
| Employee Totals | | 5.00 | 445.00 | | | | | 25.00 | 2225.00 | | 74.80 | 374.01 | | | 37.00 |
| | Net | | 370.20 | | | | | | 1813.99 | | | | | | |

Private Memo:

— REMOVE DOCUMENT ALONG THIS PERFORATION —

1/28 – 2/03

| Company Name | L & M Bus Corp. | | | | 3167 Atlantic Ave | | | | Brooklyn, NY 11208 | | | (718) 647-5100 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Patrice Cummings | | | | Pay Type | Hourly | UCI | NY | Processed BY Brands Paycheck & HR Services | | | |
| Company No. | 3504 | | Payroll No. | 457 | Pay Frequency | Weekly | | | Tax Status | | Deps | Xtr/Fxd Flat | Xtr/Fxd % |
| Employee No. | 1377 | | Rate 1 | 89.0000 | Start Date | 01/28/2017 | Federal | | Married | | 1 | |
| SSN No. | xxx-xx-0096 | | Rate 2 | | End Date | 02/03/2017 | (W) NY | | Married | | 1 | |
| Division No. | 0 | | Rate 3 | | Check Date | 02/10/2017 | (R) NY | | Married | | 1 | |
| Home Dept | 250 | | Salary | | Check No. | 2018690 | | | | | | |
| Memos | Verify your Name and SSN match SS Card, address & tax status are correct. | | | | | | | | | | | |

| Current Earnings | | | | | | | YTD Earnings | | | Taxes | | | Deductions | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept | Pay Desc | Rate | Days | Amount | Date | Job | Pay Desc | Days | Amount | Tax Desc | Amount | YTD Amt | Ded Description | Amount | YTD Amt |
| 0 | 0-Regular Pay | 89.0000 | 5.00 | 445.00 | | | 0-Regular Pay | 26.00 | 2314.00 | Federal WH | 20.08 | 120.48 | 27-Union Dues | 37.00 | 74.00 |
| | | | | | | | 6-Personal Leave Tim | 1.00 | 89.00 | OASDI | 27.59 | 165.54 | | | |
| | | | | | | | 14-Holiday Pay | 3.00 | 267.00 | Medicare | 6.45 | 38.71 | | | |
| | | | | | | | | | | NY: State WH | 11.87 | 71.22 | | | |
| | | | | | | | | | | NY: State SDI | 0.60 | 3.60 | | | |
| | | | | | | | | | | NY: Loc-NYC (X) | 8.21 | 49.26 | | | |
| Employee Totals | | | 5.00 | 445.00 | | | | 30.00 | 2670.00 | | 74.80 | 448.81 | | 37.00 | 74.00 |
| | Net | | | 333.20 | | | | | 2147.19 | | | | | | |

Private Memo:

— REMOVE DOCUMENT ALONG THIS PERFORATION —

2/4 — 2/10

| Company Name | L & M Bus Corp. | | | 3167 Atlantic Ave | | | Brooklyn, NY 11208 | | | (718) 647-5100 |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Patrice Cummings | | | Pay Type | Hourly | UCI | NY | Processed BY Brands Paycheck & HR Services | | |
| Company No. | 3504 | Payroll No. | 458 | Pay Frequency | Weekly | | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd % |
| Employee No. | 1377 | Rate 1 | 89.0000 | Start Date | 02/04/2017 | Federal | Married | 1 | | |
| SSN No. | xxx-xx-0096 | Rate 2 | | End Date | 02/10/2017 | (W) NY | Married | 1 | | |
| Division No. | 0 | Rate 3 | | Check Date | 02/17/2017 | (R) NY | Married | 1 | | |
| Home Dept. | 250 | Salary | | Check No. | 2018925 | | | | | |
| Memo: | Verify your Name and SSN match SS Card, address & tax status are correct. | | | | | | | | | |

| Current Earnings | | | | | | YTD Earnings | | | Taxes | | | Deductions | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc. | Rate | Days | Amount | Date | Job | Pay Desc. | Days | Amount | Tax Desc. | Amount | YTD Amt | Ded Description | Amount | YTD Amt |
| 50 | 0-Regular Pay | 89.0000 | 4.00 | 356.00 | | | 0-Regular Pay | 30.00 | 2670.00 | Federal WH | 11.18 | 131.66 | 27-Union Dues | | 74.00 |
| | | | | | | | 6-Personal Leave Tim | 1.00 | 89.00 | OASDI | 22.07 | 187.61 | | | |
| | | | | | | | 14-Holiday Pay | 3.00 | 267.00 | Medicare | 5.17 | 43.88 | | | |
| | | | | | | | | | | NY: State WH | 7.46 | 78.68 | | | |
| | | | | | | | | | | NY: State SDI | 0.60 | 4.20 | | | |
| | | | | | | | | | | NY: Loc-NYC (R) | 5.26 | 54.52 | | | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Totals | | 4.00 | 356.00 | | | | | 34.00 | 3026.00 | | 51.74 | 500.55 | | | 74.00 |
| | Net | | 304.26 | | | | | | 2451.45 | | | | | | |

Private Memo:

REMOVE DOCUMENT ALONG THIS PERFORATION

2/11 – 2/17

| Company Name: L & M Bus Corp | | | | 3167 Atlantic Ave | | Brooklyn, NY 11208 | | | (718) 647-5100 |
|---|---|---|---|---|---|---|---|---|---|
| Employee Name: Patrice Cummings | | | | | | NY | Processed BY Brands Paycheck & HR Services | | |
| Company No. 3504 | | Payroll No. 459 | Pay Type | Hourly | UCI | | Tax Status | Deps | Xtr/Fxd Flat | Xtr/Fxd.% |
| Employee No. 1377 | | Rate 1 89.0000 | Pay Frequency | Weekly | | Federal | Married | 1 | | |
| SSN No. xxx-xx-0096 | | Rate 2 | Start Date 02/11/2017 | | (W) NY | Married | 1 | | |
| Division No. 0 | | Rate 3 | End Date 02/17/2017 | | (R) NY | Married | 1 | | |
| Home Dept 250 | | Salary | Check Date 02/24/2017 | | | | | | |
| | | | Check No. 2019163 | | | | | | |

Memo: Verify your Name and SSN match SS Card, address & tax status are correct.

| Current Earnings | | | | | | YTD Earnings | | | Taxes | | | Deductions | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept | Pay Desc. | Rate | Days | Amount | Date | Job | Pay Desc. | Days | Amount | Tax Desc. | Amount | YTD Amt | Ded Description | Amount | YTD Amt |
| 50 | 0-Regular Pay | 89.0000 | 4.50 | 400.50 | | | 0-Regular Pay | 34.50 | 3070.50 | Federal WH | 18.63 | 150.29 | 27-Union Dues | | 74.00 |
| 50 | 10-Miscellaneous | 89.000 | | 30.00 | | | 6-Personal Leave | 1.00 | 89.00 | OASDI | 26.69 | 214.30 | | | |
| | | | | | | | 10-Miscellaneous | | 30.00 | Medicare | 6.24 | 50.12 | | | |
| | | | | | | | 14-Holiday Pay | 3.00 | 267.00 | NY: State WH | 11.06 | 89.74 | | | |
| | | | | | | | | | | NY: State SDI | 0.60 | 4.80 | | | |
| | | | | | | | | | | NY: Loc-NYC (R) | 7.67 | 62.19 | | | |

| Employee Totals | | 4.50 | 430.50 | | | | | 38.50 | 3456.50 | | 70.89 | 571.44 | | | 74.00 |
| Net | | | 359.61 | | | | | | 2811.06 | | | | | | |

Private Memo:

⟵ —— REMOVE DOCUMENT ALONG THIS PERFORATION —— ⟶